SUSI CONTRACTING Co., INC., Respondent, v. THE LAWRENCE-CEDARHURST BANK, Appellant.— Defendant appeals from an order (so-called), made on reargument of a resettled order, adhering to the determination of the resettled order, which granted plaintiff's motion for summary judgment and denied defendant's motion for like relief, in an action in replevin. Order on reargument affirmed,

with ten dollars costs and disbursements. Appeal from original resettled order dismissed, without costs. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.